**Order entered July 15, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00943-CR
### No. 05-14-00944-CR

**CHARLES EVERAGE DOYAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 199-80146-2014, 199-80147-2014**

## ORDER

The Court **GRANTS** appellant's July 14, 2015 motion to extend time to file his amended

brief.  We **ORDER** the amended brief received on July 14, 2015 filed as of the date of this order.

/s/      ADA BROWN
JUSTICE